# Third District Court of Appeal

## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0243
Lower Tribunal No. F06-33640
_____

**Waldo Jeune,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Mandamus.

Waldo Jeune, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for respondent.

Before LINDSEY, BOKOR, and GOODEN, JJ.

PER CURIAM.

Petition denied.  See Cruz v. State, 742 So. 2d 489 (Fla. 3d DCA 1999);

Fla. Dep't of Corr. v. De La Paz, 388 So. 3d 4 (Fla. 4th DCA 2024).